


**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

Case Number: 18-2892
Case Name: Edward Thomas Kennedy
V Commissioner of Internal Revenue Service, et al.

## NOTICE AND OBJECTION

**Notice**

I, Edward Thomas Kennedy, hereby Notices the Court of his Objection to Costs and the Judgement of this Court pursuant to UCC 1-308.

21 December, 2019 in the year of our lord.

Sincerely,

       *Without Prejudice*
       Authorized Representative, Attorney-In-fact

/S/ _____
     for EDWARD THOMAS KENNEDY, © ENS LEGIS

*All right reserved.*

## **PROOF OF SERVICE**

I certify this Notice and Objection is sent via regular mail to the following party at the addresses listed below:

Kathleen E. Lyon
The US Department of Justice, Tax Division, Appellate Section
Post Office Box 502
Washington ~~DC 20044~~ District of Columbia

Sincerely,

*Without Prejudice*
Authorized Representative, Attorney-In-fact

/S/ _____
for EDWARD THOMAS KENNEDY, © ENS LEGIS

All rights Reserved.

David-Thomas: Bailey [Flenory]
c/o 802 Court Street
Reading, Pennsylvania - 19604

Clerk
US District Court E.D. PA
601 Market Street
Philadelphia, PA 19106-1725

U.S.M.X.