UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-2892**

Kennedy v. Commissioner of Internal Revenue

To: Clerk

1) Notice and Objection by Appellant to Costs and Judgment

No action will be taken on the foregoing notice and objection. It is noted that a text order was issued on November 14, 2019 stating that no action was taken on the Bill of Costs filed by Appellee as costs were not taxed on the judgment pursuant to Fed. R. App. P. 39. If Appellant wishes to seek review of the opinion and judgment filed on November 4, 2019, Appellant must file a petition for rehearing together with a certificate of service. Since the time has passed for seeking rehearing, Appellant must file a motion for permission to file a petition for rehearing out of time. Also, since the mandate has been issued on December 27, 2019, a motion to recall the mandate must be filed.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated:    January 13, 2020
MB/cc:   Edward Thomas Kennedy
         Kathleen E. Lyon, Esq.