UNITED STATES DISTRICT COURT
DISTRICT OF ~~NEW JERSEY~~ Eastern District of Pennsylvania

Full Caption in District Court:

Edward T. Kennedy
(Plaintiff)

v.

Commissioner, Department of Treasury.
(Defendant)

Docket No.: 18-cv-00257

Judge: Leeson

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that __Edmund T. Kennedy__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ ] Judgment, [X] Order, [ ] Other _____
(Specify)

of the United States District Court, ~~District of New Jersey~~ Eastern District of Pennsylvania, entered in this action on

~~8/19/2018~~ July 16, 2018
(Date)

Dated 8/15/2018

Appellant Edward T. Kennedy

401 Tillage Rd.
Street

Breinigsville, PA 18031
City, State, Zip

415 275 1244
Telephone

Exhibit 1, Order July 16, 2018

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-00257 |
| COMMISSIONER, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*; JOHN DOE, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*, | : |
| Defendants. | : |

FILED JUL 16 2018

# ORDER

**AND NOW**, this 16th day of July, 2018, upon consideration of Plaintiff's document titled "Take Judicial Cognizance," filed July 9, 2018, stating that he "wishes a new judge to administrate his complaint," ECF No. 35, and Plaintiff's document titled "Objection to Order," filed July 13, 2018, stating that he objects to the Court's previous orders and "wishes the assigned Judge to resign from office," it is **ORDERED** that:

1. Plaintiff's requests and objections are **DENIED**;[1]

2. Plaintiff is reminded that this case is **CLOSED**.

BY THE COURT:

/s/ Joseph F. Leeson, Jr.

JOSEPH F. LEESON, JR.
United States District Judge

---

[1] On June 18, 2018, this Court granted the United States of America's Motion to Dismiss, dismissed Plaintiff's Complaint with prejudice, and closed this case. ECF Nos. 25, 26. On June 25, 2018, Plaintiff filed two documents titled "Notice and Objections to Order." ECF Nos. 32, 33. In an Order issued July 2, the Court construed these filings as motions to reconsider the Court's Order dismissing Plaintiff's Complaint, and it denied any relief. Likewise here, Plaintiff's filings have failed to present any grounds for the Court to reconsider its previous orders.