UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | : |
| Plaintiff, | : |
| v. | : No. 5:18-cv-00257 |
| COMMISSIONER, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*; JOHN DOE, *DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE*, | : |
| Defendants. | : |

## **O R D E R**

**AND NOW**, this 16th day of July, 2018, upon consideration of Plaintiff's document titled "Take Judicial Cognizance," filed July 9, 2018, stating that he "wishes a new judge to administrate his complaint," ECF No. 35, and Plaintiff's document titled "Objection to Order," filed July 13, 2018, stating that he objects to the Court's previous orders and "wishes the assigned Judge to resign from office," it is **ORDERED** that:

1. Plaintiff's requests and objections are **DENIED**;[1]
2. Plaintiff is reminded that this case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] On June 18, 2018, this Court granted the United States of America's Motion to Dismiss, dismissed Plaintiff's Complaint with prejudice, and closed this case. ECF Nos. 25, 26. On June 25, 2018, Plaintiff filed two documents titled "Notice and Objections to Order." ECF Nos. 32, 33. In an Order issued July 2, the Court construed these filings as motions to reconsider the Court's Order dismissing Plaintiff's Complaint, and it denied any relief. Likewise here, Plaintiff's filings have failed to present any grounds for the Court to reconsider its previous orders.