EDWARD T. KENNEDY,
   Appellant

v.

COMMISSIONER, Department of the Treasury Internal Revenue Service; JOHN DOE, Department of the Treasury Internal Revenue Service; EQUIFAX, INC.; RICHARD F. SMITH, CEO Equifax, Inc.