## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2018, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that some participants in the case are not registered CM/ECF users. I have mailed the foregoing appearance by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participant:

    Mr. Edward T. Kennedy
    401 Tillage Road
    Breinigsville, PA  18031

    /s/ Kathleen E. Lyon
    KATHLEEN E. LYON
    *Attorney*