# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

Case Number: 18-2892
Case Name: Edward Kennedy
v Commissioner of Internal Revenue Service, et al.



## INFORMAL BRIEF

### Notice

1.    Take Judicial Notice that modern Attorney Kathleen E. Lyon, in her signed Entry of Appearance, appears to represent only the current Commissioner of Internal Revenue, David J. Kautter, the Acting Commissioner of the Internal Revenue Service, hereinafter also "IRS," but she does not represent Internal Revenue Service employees and Defendants R. B. Simmons aka John Doe 1, and Michael Wright aka John Doe 2. Lyons also does not represent defendants Equifax, Inc. and Richard F. Smith, all parties in Kennedy's original complaint.

2.    Lyons also does not mention her BAR membership status, if any, and Kennedy asks why not?

### 1. Jurisdiction:

a.    What order(s) of the district court are you appealing?

Answer:

Order to Dismiss with prejudice for failure to state a claim and lack

of subject matter jurisdiction, ECF 5, signed by Joseph F. Leeson.[1] Leeson denied Kennedy justice, in violation of rights.

  b.    What is the date of the order(s)?

Answer:

  June 18, 2018.

  c.    When did you file your notice of appeal or petition for review?

Answer:

  August 24, 2018, ECF 38.

## 2. Statement of the case:

Answer:

  a.    The court of record, a district court, and its Judge, Joseph F. Leeson, hereinafter "Leeson," assigned to administrate Kennedy's original complaint, ignored the declaration and fact that Edward Thomas Kennedy is one of the people of Pennsylvania, and in a court of record, the Judge has no discretion.

  b.    Leeson had no jurisdiction or authority to close this case in a court of record, and no jurisdiction authority to rule for Defendants.

  c.    Leeson ignored the fact that he has no discretion to ignore the Law of the Case, Exhibit 1, an attachment.

---

[1] Leeson's Opinion and Order is an attachment as requested.

d.    The district court Judge and the Defendant's Attorney Coppler exceeded their jurisdiction, and because the government, its counsel and its employees exceeded its jurisdiction, Kennedy then became injured in loss of rights, and this loss of rights caused injury to Kennedy, who claims intentional infliction of emotional distress.

e.    Kennedy documented provided evidence and testimony that the four elements of intentional infliction of emotional distress,[2] a common law tort, were met, and this was ignored by Leeson.

f.    The Ninth Circuit opened the door for awarding damages to an Oregon couple who said they suffered emotional distress when the IRS unlawfully sent them collection notices by ruling that the government had waived immunity to such damages.

g.    In other words, a Ninth Circuit panel found the IRS caused real harm to an Oregon couple in unlawfully sending them collection notices.[3] Defendant Simmons unlawfully sent Kennedy an invoice for alleged debts for calendar years 2006, 2007, 2009, 2010, 2013, 2014, 2015 and 2016 based on a allegation kennedy filed amended returns for these years in 2016. Kennedy denied this claim for payment.

---

[2] RESTATEMENT OF THE LAW SECOND, Torts, https://www.ali.org/publications/show/torts/.
[3] The IRS Not Immune To Monetary Damages, 9th Circ. Finds
By Vidya Kauri, Law360 (August 30, 2018, 8:37 PM EDT)

h.    The people do not yield our sovereignty to those agencies that serves them. Kennedy is a people.[4]

## 3. Statement of facts: Explain the facts and events that led to the complaint in the district court.

Answer:

a.    Disclosure: Kennedy studied Federal Income Tax at the University of Notre Dame Graduate School of Business,[5] and he is one of the people of Pennsylvania and wishes good service now from this court of record, the United States Third Circuit Court of Appeals.

b.    Similar to the Hunsaker case, mentioned herein, Kennedy suffered injury in loss of rights when Defendants sent Kennedy invoices for fake debt, based on fake returns, and proceeded to steal from Kennedy despite letters from Defendants Simmons and Wright employees that wrote to Kennedy that they would not steal from Kennedy on March 13, 2018, in a letter address to Kennedy and signed by Simmons.

c.    Kennedy has no contract with the Internal Revenue Service, and owes no debts to it or the Internal Revenue Commissioner.

d.    Internal Revenue Service has no license to be a debt collector

---

[4] People is both singular and plural under the law of the Case.
[5] University of Notre Dame Graduate School of Business, now the Mendoza, is consistently ranked as a top five tax accounting school nationwide by most rating and ranking services. https://mendoza.nd.edu/research-and-faculty/units/department-of-accountancy/ Jim Wittenback and Ken Milani were Kennedy's teachers. The current IRS Acting Commissioner herein, Kennedy believes, is a Notre Dame Business School graduate.

in the Commonwealth of Pennsylvania.[6]

e.    Upon information, study and belief, Kennedy knows there is no foundation in law for the IRS statutes and codes.

f.    Upon information, study and belief, Kennedy knows there is no legislative foundation for IRS statutes and codes.

g.    In a court of record, IRS statutes and codes are not relevant under Federal Rules of Evidence.

h.    IRS alleges Kennedy owes debts between $500,000 and $1,000,000 based on fake, <u>amended</u> tax returns for tax years 2001 to 2016, all allegedly filed in tax year 2016 by Kennedy. Kennedy denied and no again denies this claim by IRS Commissioner and IRS employees.

i.    Kennedy denied and denies he signed these multiple amended tax returns, **categorically and unequivocally**. (emphasis added)

j.    In other words, Kennedy denies all alleged debts but defendants ignored his Affidavit and denials, causing injury and damages in loss of rights.

k.    Kennedy knows from his business school professors and his research that IRS, defendant IRS Commissioner and its employees MUST (emphasis added) comply with their code, 26 U.S. Code § 6065 -

---

[6] Source: Commonwealth of Pennsylvania websites.

Verification of returns.[7]

l.     IRS employees, defendants in this case did not comply with 26
U.S. Code § 6065 - Verification of returns[8] but repeatedly stole funds
from Kennedy from January 2018 to present anyway.

m.     Kennedy was a victim of Identity Theft and filed Affidavit
FTC Report Number 87118409 with the Federal Trade Commission to
document this fact, and IRS Form 14039, facts ignored by IRS
Defendants.

n.     Joseph F. Leeson had no authority to dismiss others
defendants Equifax, Inc. and Joseph F. Smith from his complaint.

o.     Defendants of the IRS stole funds from Kennedy based on fake
information, and this also caused Kennedy injury including the tort claim
if intentional infliction of emotional distress.[9]

p.     Employees of IRS stated in writing that they would not steal
from Kennedy, but stole from Kennedy anyway, and the lies and theft
injured Kennedy and in support of Kennedy's claim for damages and
relief.

q.     Defendants caused injury to Kennedy, and thus lied, mislead,

---

[7] Except as otherwise provided by the Secretary, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.
[8] Except as otherwise provided by the Secretary, any return, declaration, statement, or other document required to be made under any provision of the internal revenue laws or regulations shall contain or be verified by a written declaration that it is made under the penalties of perjury.
[9] Common law definition of stress.

misconstrued, misrepresented information about Plaintiff Kennedy.

     r.    Defendant Government employees Wright, Simmons and David J. Kautter, the Acting Commissioner of the Internal Revenue Service, took oaths not to lie, and not to mislead, misconstrued, misinform or put false paperwork into a court of law and/or a court of record.

     s.    Government and its employees have no immunity from Kennedy's claim for damages when it/they fail(s) to tell the truth.

     u.    Defendant Kautter is on "Acting" and thus has no authority of power to steal money from Kennedy.

     v.    IRS Defendants have stolen funds from Kennedy monthly since January 2018 to the present despite promises from Simmons that they would not steal from Kennedy.

**4. Statement of related cases:**
**Have you filed an appeal or petition for review in this case before?**

Answer:

No

Do you have any cases related to this case pending in the district court, in the court of appeals or before the agency? If so give title of case and docket number.

Answer:

Kennedy does not understand the definition of the word "related," but answers no concerning this his common law, tort claim. However, case 18-2985 in this court now from US Tax Court may be related, but please notice, US Tax Court is also a court of record by statute, and this too was ignored by the government's courts. Kennedy wishes the government to obey the law.

## 5. Did the district court or the agency incorrectly decide the facts of your case?

Answer:

Yes, incorrectly decided using fake facts.

If so, what facts?

Answer:

All the facts listed herein were ignored by the district court and Leeson.

## 6. Did the district court or the agency apply the wrong law? (either cases or statutes)?

Answer:

Yes.

If so, what law do you want applied?

The Law of the Case, Exhibit 1, an attachment, was ignored.

## 7. Are there any other reasons why the district court's judgment or the agency's decision was wrong?

Yes.

a.    The district court failed to demand IRS defendants reply

under oath to Kennedy's Affidavit of Identity Theft filed with the Federal

Trade Commission in October, 2017, previously mentioned herein.

b.    The district ignored Kennedy's NOTICE OF

CONSTITUTIONAL QUESTIONS, ECF 12 and TAKE JUDICIAL

COGNIZANCE, ECF 35.

c.    Concerning Dismissal for Failure to State a Claim
FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE
GRANTED

"The general rule in appraising the sufficiency of a complaint for
failure to state a claim is that a complaint should not be dismissed
'***unless it appears beyond doubt that the plaintiff can prove no set of
facts in support of his claim which would entitle him to relief.' CONLEY
VS. GIBSON (1957), 355 U.S. 41, 45, 46, 78 S.Ct. 99, 102, 2 LEd 2d 80;
SEYMOUR VS. UNION NEWS COMPANY, 7 Cir., 1954, 217 F.2d 168;
and see rule 54c, demand for judgment, FEDERAL RULES OF CIVIL
PROCEDURE, 28 USCA: "***every final judgment shall grant the relief
to which the party in whose favor it is rendered is entitled, even if the
party has not demanded such relief in his pleadings." U.S. V. WHITE
COUNTY BRIDGE COMMISSION (1960), 2 Fr Serv 2d 107, 275 F2d
529, 535

"A complaint may not be dismissed on motion if it states some sort of
claim, baseless though it may eventually prove to be, and inartistically as
the complaint may be drawn. Therefore, under our rules, the plaintiff's
allegations that he is suing in 'criminal libel' should not be literally
construed. [3] The complaint is hard to understand but this, with nothing
more, should not bring about a dismissal of the complaint, particularly is
this true where a defendant is not represented by counsel, and in view of
rule 8{f} of the rules of civil procedure, 28 U.S.C., which requires that all
pleadings shall be construed as to do substantial justice BURT VS. CITY
OF NEW YORK, 2Cir., (1946) 156 F.2d 791. Accordingly, the complaint
will not be dismissed for insufficiency.

"A complaint will not be dismissed for failure to state a claim, even though inartistically drawn and lacking in allegations of essential facts, it cannot be said that under no circumstances will the party be able to recover."[10]

"FRCP 8f: CONSTRUCTION OF pleadings. All pleadings shall be so construed as to do substantial justice."[11]

d.      Kennedy did state a claim that the court of record but Leeson

ignored Federal Rules of Procedure in favor of his fellow BAR member

Coppler.

**8. What action do you want the Court of Appeals to take in this case?**

Answer:

a.      Order IRS to pay Kennedy the damages he original requested

of $250,000.

b.      Over-rule the lower court for it failed to promote and protect

Kennedy's rights, for there is no evidence that this district court and its

Judges will protect or promote Kennedy's rights.

c.      Order the IRS to return to Kennedy all the funds they stole,

nunc pro tunc, and also to stop stealing from Kennedy with no delay.

d.      Order IRS to correct their paperwork to show Kennedy owes

no debts to IRS or the government.

---

[10] JOHN EDWARD CROCKARD VS. PUBLISHERS, SATURDAY EVENING POST MAGAZINE OF PHILADELPHIA, PA (1956) Fr Serv 29, 19 F.R.D. 511, DCED Pa 19 (1958)
[11] DIOGUARDI VS. DURNING, 2 CIR., (1944) 139 F2d 774

e.    Order Defendant Equifax, Inc. and Joseph F.Smith pay

Kennedy damages of $250,000 each for they failed to appear in the

original case and in this appear.

f.    Order the district court to reply to NOTICE OF

CONSTITUTIONAL QUESTIONS by EDWARD T. KENNEDY.

Date: September 21, 2018.

Edward T. Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

## **PROOF OF SERVICE**

I certify that I filed an original and three (3) copies of this Informal

Brief and attachments that includes Law of the Case, Exhibit 1, (9

pages), Original Case Docket (7 pages and Leeson's Opinion and Order (6

pages) with the Clerk of this Court at 601 Market Street, Philadelphia,

PA 19106 on 9/21/2018 and also I certify that 9/21/2018 I mailed a copy of

this Informal brief and all said attachments via first class mail to the

following party at the addresses listed below:

> *Kathleen E. Lyon*
> *US Department of Justice, Tax division, Appellate Section*
> *Post Office Box 502*
> *Washington DC 20044*

I certify under penalty of perjury that the foregoing is true and

correct. 28 U.S.C. §1746.

Edward T. Kennedy

Dated: 9/21/2018

Exhibit 1

## LAW OF THE CASE

1.      Statutes and codes shall be the rules of decision as long as they are not in conflict with the common law. [1] In a court of record, a judge has no discretion.  Discretion is reserved to the independent tribunal. When the word "law" is used without qualification, it means common law.  An "attorney at law" means one who practices common law. (notwithstanding the fact that modern attorneys ignore the subject).  An "attorney in equity" is one who practices before an equity court.

2.      Through the courts, Plaintiff encourages the government to obey the law.

3.      The following was found as a result of a search for "judicial immunity" at http://www.findlaw.com/casecode. Absolute Judicial immunity is a myth[2] A Judge does not have absolute immunity. Judicial immunity does not apply when the following conditions exist: a. when he is performing a non-judicial act, or b. when he acts in the complete absence of all jurisdiction. The following was found as a result of a search for "judicial immunity" at http://www.findlaw.com/casecode/

4.      Statutes are expressions of will from the legislature.  To maintain confusion, Bar members append the word "law" to it.  Naturally, one is supposed to then believe that statutory law is the same as and equal to common law (it isn't!).  There is no legislative foundation for any Bar member to "practice" law.

5.      Codes are nothing more than a collection of statutes and other rules arranged by subject instead of being arranged by date. Law beats statutes; statutes beat codes.

6.      The California 1879 Constitution defines all California courts to be courts of record.[3] State of California, State of Texas[4] and Commonwealth of Pennsylvania maintains confusion and deception with multiple versions of its Constitution.[5]

8.      "Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law," (Preamble - Universal Declaration of Human Rights) [6]

9.      Nisi Prius is defined as: "a court where civil actions are tried by a single judge sitting with a jury, as distinguished from an appellate court." [7] This means the nisi prius court is a Trial Court which of course is where the facts of a case are discovered. A nisi prius court is a "court of no record," but a record is kept in a trial court. The mere keeping of a record does not

---

[1] See the use of dictionaries in the Supreme Court of the United States, by Kevin Werbach Looking It Up: The Supreme Court's Use of Dictionaries in Statutory and Constitutional Interpretation (1994).

[2] Is a state court judge, who has been individually divested of all jurisdiction over a case by virtue of being affirmatively disqualified, who refuses to acknowledge his own divestment, and thereafter commits unconstitutional torts solely under color of the case in which he knows, or should know, that he has lost all jurisdiction, subject to 42 U.S.C. 1981-88 liability? The answer is yes, see Hirschfeld v Rodgers.

[3] California Constitution, Article 6 Judicial, Sec. 1. The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

[4] The previous six were adopted in 1827 (while Texas was still part of Mexico), 1836 (as the Republic of Texas), 1845, 1861, 1866 and 1869. The current constitution is among the longest of state constitutions in the United States.

[5] Commonwealth of Pennsylvania has had five versions of constitutions 1776, 1790, 1838, 1874, and 1968. Also see John J. Kennedy, Pennsylvania Government and Politics, 1st Edition, Cognella publisher, 2018. Chapter 3, pages 79 to 90.

[6] http://www.un.org/en/universal-declaration-human-rights/

[7] https://www.thefreedictionary.com/Nisi+prius

**Exhibit 1**

qualify any court to be a court of record.

      10.     Black's Law Dictionary, Fifth Edition, contributes to the confusion by listing only two of the four requirements for a court to qualify as a court of record.

      11.     In California, all courts are named as courts of record. However, if in an individual case they are not operated as courts of record, then they don't qualify as such. It takes more than a name to make a court of record. Even though a court may be keeping a record, it is a court of no record if it does not conform to the remaining three requirements for a lawful court of record.

      12.     A court of record is a court which must meet the following criteria:
1. generally has a seal
2. power to fine or imprison for contempt
3. keeps a record of the proceedings
4. proceeding according to the common law (not statutes or codes)
5. the tribunal is independent of the magistrate (judge)

      Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

      13.     Black's Law Dictionary's omissions are subtle but one can recombine the information and get to the real meaning of terms such as "nisi prius".

      14.     "Nisi prius" is a Latin term. Individually, the words mean thus: "Prius" means "first." For example, "Prius vitiis laboravimus, nunc legibus" means "We labored first with vices, now with laws." Quoted from Black's Law Dictionary, Fifth Edition. "Nisi" means "unless." Quoting from B.L.D., 5th Ed.: "The word is often affixed as a kind of elliptical expression, to the words 'rule,''order,' 'decree,' 'judgment,' or 'confirmation,' to indicate that the adjudication spoken of is one which is to stand as valid and operative unless he party affected by it shall appear and show cause against it, or take some other appropriate step to avoid it or procure its revocation."

      15.     "Nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

      16.     It is a matter of right that one may demand to be tried in a <u>court of record</u>. By sheer definition, that means that the court must proceed according to the common law (not the statutory law). The only way that a court can suspend that right is by the prior agreement of the parties.

      17.     For tactical reasons, Commonwealth of Pennsylvania and/or the state and/or State, prefers to proceed according to statutory law rather than common law. The only way it can do that is to obtain the prior agreement from the parties. That is the primary (but hidden) purpose of the arraignment procedure.

      18.     During arraignment choices for pleading are only guilty, not guilty, nolo contendere, but all three choices lead to the same jurisdiction, namely a statutory jurisdiction, not a common law jurisdiction. That is to say, the question to be decided is whether or not the statute was violated, not whether the common law was violated.

      19.     The dictionary does not lie in its definition of a nisi prius court but it does omit some important information. Namely, that it is a court that has been set up by prior agreement assumed because when the three statutory options [guilty, not guilty, nolo contendere] were

Exhibit 1

presented to the defendant he chose one. He thus failed to enforce his right to be prosecuted in a court of record.

20.    Once the agreement (as evidenced in the arraignment proceeding) has been secured, the court proceeds under statutory authority. Now the court ceases to be a court of record and becomes a court of no record by prior lack of objection, i.e. by prior agreement implied by failure to object.

21.    Naturally, after securing the agreement, a nisi prius court can move on to examine the facts with a judge and jury, etc. etc.

22.    The criminal court is an inferior court because it is operating according to special rules (criminal code) and not according to the common law. Even if its name is "Superior Court of ....." it is still an inferior court so long as it is operating according to some code or statutes rather than the common law.On the other hand, a court of record, so long as it meets the criteria, is a true superior court. The decisions and proceedings of an inferior court are not presumed to be valid. The inferior court can be sued in a superior court (that's called a "collateral attack"). In other words, the superior court (court of record) out ranks the inferior court not of record".

23.    Government Manipulation of Language [8] The first "trick" of the Government is the re-definition of certain critical words in each Statute (Act) The Government assumes the ordinary meaning of the word so as to trick the public into reading and interpreting the Statute in their favour.

Here is a summary of some of the Trick Words. Two keywords that are re-defined in almost every Statute are the words "person" and "individual". There are at least two "person" in law:    A natural-person is a legal entity for the human-being.

An artificial-person is a legal entity that is not a human being. [9]

24.    The natural-person has the "capacity" (i.e. ability) for rights and duties, but not necessarily the obligation. The artificial-person has rights and duties that may be attached (i.e. assigned) by laws.

25.    The second "trick" of the Government is to use the Interpretation Act to define words that apply to all Statutes, unless re-defined within a particular Statute. Without this knowledge, one could assume the ordinary meaning for the words one is reading, not realizing that they may have been defined by the Interpretation Act. Unless these words have been re-defined in another Statute, the underlying definitions for the two most important words still apply, either from the Interpretation Act, or the Canadian Law Dictionary. Basically, they are defined as follows:

a.    from the Canadian Law Dictionary one can find that:
individual means a natural person,

b.    from the Income Tax Act find the re-definition:
individual means an artificial person.

c.    from the Canadian Law Dictionary find that:

---

[8] Source: http://www.natural-person.ca/govtricks.html.

[9] Here are the exact definitions from Barron's Canadian Law Dictionary, fourth edition (ISBN 0-7641-0616-3): natural person. A natural person is a human being that has the capacity for rights and duties. artificial person. A legal entity, not a human being, recognized as a person in law to whom certain legal rights and duties may attached - e.g. a body corporate.

# Exhibit 1

person means an individual (natural person) or incorporated group (artificial person),

    d.      from the Interpretation Act find the re-definition:

person means a corporation (an artificial- person),

    e.      from the Income Tax Act find the re-definition again:

person means an artificial person (amongst other things).

    26.     In the Canadian Human Rights Act, one can see how individual and person are used and how they are applied to natural and artificial persons.

    27.     The third "trick" of the Government is to use the word "includes" in definitions instead of using the word "means". They do this in some critical definitions that they want misinterpreted. If they used "means" instead of "includes" then their deception would be exposed, but by using "includes" they rely upon the reader to assume that "includes" expands the definition, whereas in reality it restricts the definition in the same manner that "means" restricts the definition.

    28.     Here is a means definition of the word "person" from the Bank Act:

person means a natural person, an entity or a personal representative;

    29.     Here is an includes definition of the word "person" from the Interpretation Act:

person, or any word or expression descriptive of a person, includes a corporation

To expose their deception, substitute the word means or any word or expression descriptive of a person, means a corporation (viz. artificial-person)

    30.     Both "means" and "includes" are restrictive in scope because they only encompass part of the whole. Typically they are used in the following form:

person means A or B or C (and nothing else).

person includes A and B and C (and nothing else).

    31.     From the above example, one sees the logical difference. The list that follows means is constructed using "or", whereas the list that follows includes is constructed using "and".

    32.     There is a Legal Maxim that supports the restriction of "includes" which is as follows: Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another.

The definition of the word include is key to understanding the potential loss of the natural-person. This is the major trick used by the Government in an attempt to take away natural-person rights. Unless this is known one voluntarily forfeits rights.

    33.     The fourth "trick" of the Government is to modify how the word "includes" is used in order to make an expansion in the definition when such expansion is required. This "trick" helps add confusion to the use of "includes" convincing most readers that "includes" should always be expansive rather than limiting. Here are some legitimate ways in which "includes" is modified to become expansive rather than restrictive:

    also includes

    and includes

    includes, without limitation,

    including

    including but not limited to

    34.     The expansive definitions usually take the following form:

person means A or B or C and includes D. (A,B, C and D). However, there is also a possibility that "and includes" is restrictive in some constructions. There are some people investigating this possibility right now. Their logic is demonstrated by the following example of a definition that states: province means a province of Canada and includes Ontario and Quebec.

Exhibit 1

So, if one presumes that "and includes" does provide expansion then one must ask why Ontario and Quebec had to be specifically mentioned when they are already part of a so-called province.

35. The above construction clearly defines the scope of what is meant by province, that is a province of Canada (it does not say which one), and includes only Ontario and Quebec (compiled from a list of two from the original scope of all provinces). In this construction means provides the scope of the definition and includes provides the list of what is actually included in the definition.

36. The foregoing analysis is one interpretation, but is not the only interpretation. The use of "includes" in statutory definitions can be argued both ways and is the backbone of understanding interpretations.

37. With the presumption that "and includes" is restrictive, then we must take a very close look at the following definition, taken from the Interpretation Act:
province means a province of Canada and includes the Yukon Territory, the Northwest Territories and Nunavut .

38. With this presumption what is stated is: unless another statute re-defines province, the default definition of province only includes the Yukon Territory, the Northwest Territories and Nunavut.

39. So in order to not become absurd, we must allow for "and includes" to be expansive, however more work needs to be done on this subject before placing the last nail in the coffin, so to speak.

40. Barron's Canadian Law Dictionary does not provide definitions for "include" or "means" therefore we have to look in the next source for the definitions.

41. From Black's Law Dictionary, fourth edition, here is the definition for the word "include":
include. To confine within, hold as in an inclosure, take in , attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Including may, according to context, express an enlargement and have the meaning of and or in addition to, or merely specify a particular thing already included within general words heretofore used.
inclose. To surround; to encompass; to bound; fence, or hem in, on all sides.
It is stated in the above definition that the verb include is clearly restrictive and only has limited scope. On the other hand the participle,including (but not limited to) enlarges the scope.

42. Therefore the conclusion is that when used in a definition, include does not expand the existing definition of the word it is attempting to define.

43. It is easy to be confused because one naturally assumes the existing definition of the word, then assume include means to add this new interpretation to the existing assumed definition of the word. Our assumptions fail us in this case.

44. For the Doubting Thomas: If one looks into any statute, one will be able to find a definition that uses the word includes and attempts to broaden the scope of that word to include the ordinary meaning, finda that the statute will break down because it will not be able to support the inclusion of the ordinary meaning of the word.

45. The breakdown usually occurs when slavery is invoked.

46. Courts may be classified and divided according to several methods, the following being the more usual: COURTS OF RECORD and COURTS NOT OF RECORD.

# Exhibit 1

47.    The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal.

48.    Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. [10]

49.    A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. [11] CONFIRMATIO CARTARUM, October 10, 1297, By Edward, King of England, reaffirms that the Magna Carta may be pleaded as the Common Law before a court. This links the Magna Carta to the Common Law.

50.    The U.S. Constitution guarantees one's access to the Common Law, i.e. the Magna Carta. [12]

51.    The Constitution guarantees to every state a Republican form of government (Art. 4, Sec. 4). No state may join the United States unless it is a Republic. Our Republic is one dedicated to "liberty and justice for all." Minority individual rights are the priority. The people have natural rights instead of civil rights. The people are protected by the Bill of Rights from the majority. One vote in a jury can stop all of the majority from depriving any one of the people of his rights; this would not be so if the United States were a democracy.

52.    We the people of this state do not yield their sovereignty to the agencies that serve them.

53.    The definition of sovereignty retains the meaning it had at the time the US Constitution was formed. Who is the Tribunal? Answer: The sovereign, the ultimate Judge.

54.    The Judiciary Act of 1789 states "…saving to suitors in all cases the right of a common-law remedy, where the common law is competent to give it."

55.    This saving to suitors clause of 1789 also allows for the exclusive original cognizance by Congress and by the United States Government of all seizures on land. i.e. "reprisal." Congress was required to write the remedy from elastic currency into Section 16 of the Federal Reserve Act, which reads:  "They [Federal Reserve Notes] shall be redeemed in gold on demand at the Treasury Department of the United States, or in gold or lawful money at any

---

[10] 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas
Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v.
Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[11] Jones v. Jones, 188
Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass.,
171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y.
406, 155 N.E. 688, 689.

[12] See "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation; distributed by Associated
College Presses, 32 Washington Place, New York 3, New York.

**Exhibit 1**

Federal Reserve bank." Notice to the court of Section 16 of the Federal Reserve Act of 1913, which was codified into Title 12, Section 411, and is hereby incorporated by reference herein.

58.    We the people of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

CLOSED,APPEAL,A/R,SPECIAL

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CIVIL DOCKET FOR CASE #: 5:18-cv-00257-JFL

KENNEDY v. COMMISSIONER et al
Assigned to: HONORABLE JOSEPH F.
LEESON, JR
Case in other court: USCA, 18-02892
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 01/18/2018
Date Terminated: 06/18/2018
Jury Demand: None
Nature of Suit: 870 Tax Suits:
Taxes
Jurisdiction: U.S. Government
Defendant

## Plaintiff
**EDWARD T. KENNEDY**          represented by **EDWARD T. KENNEDY**
401 TILLAGE RD
BREINIGSVILLE, PA 18031
*PRO SE*

V.

## Defendant
**COMMISSIONER**          represented by **CATRIONA M. COPPLER**
*DEPARTMENT OF THE*          U.S. DEPARTMENT OF
*TREASURY INTERNAL*          JUSTICE, TAX DIVISION
*REVENUE SERVICE*          PO BOX 227, BEN
FRANKLIN STATION
WASHINGTON, DC 20044
202-514-5153
Email:
Catriona.M.Coppler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

## Defendant
**JOHN DOE**
*DEPARTMENT OF THE*

*TREASURY INTERNAL*
*REVENUE SERVICE*

**Defendant**

**EQUIFAX, INC.**
*TERMINATED: 01/31/2018*

**Defendant**

**RICHARD F. SMITH**
*CEO EQUIFAX, INC.*
*TERMINATED: 01/31/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2018 | 1 | APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS FILED BY EDWARD T. KENNEDY. AFFIDAVIT IN SUPPORT OF THE APPLICATION. (Attachments: # 1 Civil Cover Sheet, # 2 Complaint)(mas, ) (Main Document 1 replaced on 2/13/2018) (mas, ). (Entered: 01/22/2018) |
| 01/31/2018 | 2 | ORDER LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. MR. KENNEDYS CLAIMS AGAINST EQUIFAX, INC. AND RICHARD F. SMITH ARE DISMISSED, ETC. SERVICE SHALL BE MADE UPON THE JOHN DOE DEFENDANT IF AND WHEN MR. KENNEDY PROVIDES SUFFICIENT IDENTIFYING INFORMATION TO ALLOW FOR SERVICE.THE CLERK OF COURT SHALL FILE THE COMPLAINT AND ISSUE SUMMONSES. THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA SHALL SERVE THE SUMMONSES AND THE COMPLAINT UPON THE REMAINING DEFENDANT AT NO COST TO MR. KENNEDY IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 4(I). SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 1/30/18. 1/31/18 ENTERED AND COPIES MAILED TO PLAINTIFF, U.S. MARSHAL, AUSA.(er, ) (Entered: 01/31/2018) |
| 01/31/2018 | 3 | COMPLAINT against COMMISSIONER, filed by EDWARD T. KENNEDY (APPLICATION FOR IFP - GRANTED).(er, ) |

|  |  | (Main Document 3 replaced on 2/13/2018) (mas, ). (Entered: 01/31/2018) |
|---|---|---|
| 01/31/2018 |  | Summons Issued as to COMMISSIONER, U.S. Attorney and U.S. Attorney General 2 Originals Forwarded To: U.S. Marshal on 1/31/18. 1 Original Forwarded to U.S. Attorney. (er, ) (Entered: 01/31/2018) |
| 02/05/2018 | 4 | Acceptance of Service by U.S. Attorney Re: accepted summons and complaint on behalf of the United States Attorney (only). (jl, ) (Entered: 02/05/2018) |
| 04/06/2018 | 5 | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by COMMISSIONER.Brief. (Attachments: # 1 Brief in Support, # 2 Text of Proposed Order)(COPPLER, CATRIONA) (Entered: 04/06/2018) |
| 04/18/2018 | 6 | NOTICE AND REQUEST TO THE COURT by EDWARD T. KENNEDY FOR PERMISSION FOR ECF ACCESS ON THIS CASE, CERTIFICATE OF SERVICE. (er, ) (Entered: 04/19/2018) |
| 04/19/2018 | 7 | ORDER THAT PLAINTIFF'S REQUEST FOR ECF ACCESS ON THIS CASE, ECF NO. 6, IS DENIED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 4/19/18. 4/19/18 ENTERED AND COPIES MAILED TO PLAINTIFF, E-MAILED.(er, ) (Entered: 04/19/2018) |
| 04/19/2018 | 8 | NOTICE AND REQUEST TO THE COURT 2 and Notice to Attorney Coppler by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 04/20/2018) |
| 04/19/2018 | 9 | MOTION TO DENY DEFENDANT'S MOTION TO DISMISS filed by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE.(er, ) (Entered: 04/20/2018) |
| 04/19/2018 | 10 | MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6.) filed by EDWARD T. KENNEDY. (er, ) (Entered: 04/20/2018) |
| 04/20/2018 | 11 | MOTION FOR PARTIAL SUMMARY JUDGEMENT FILED BY EDWARD T. KENNEDY. MEMORANDUM, |

| | | CERTIFICATE OF SERVICE. (er, ) (Entered: 04/20/2018) |
|---|---|---|
| 04/25/2018 | 12 | NOTICE OF CONSTITUTIONAL QUESTIONS by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 04/26/2018) |
| 04/25/2018 | 13 | NOTICE TO HONORABLE JUDGE LEESON AND REQUESTS by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 04/26/2018) |
| 04/26/2018 | 14 | REPLY in Support re 5 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim* filed by COMMISSIONER. (COPPLER, CATRIONA) Modified on 4/27/2018 (fb). (Entered: 04/26/2018) |
| 04/30/2018 | 15 | NOTICE TO THE COURT - CONCERNING DEFT. JOHN DOE by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 05/01/2018) |
| 05/04/2018 | 16 | RESPONSE in Opposition re 11 MOTION for Partial Summary Judgment filed by COMMISSIONER. (Attachments: # 1 Memorandum, # 2 Responses and Objections to Plaintiff's Statement of Facts, # 3 Text of Proposed Order)(COPPLER, CATRIONA) (Entered: 05/04/2018) |
| 05/16/2018 | 17 | PLAINTIFF EDWARD T. KENNEDY'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT, CERTIFICATE OF SERVICE. (ky, ) (Entered: 05/16/2018) |
| 05/18/2018 | 18 | PLAINTIFF EDWARD T. KENNEDY'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT, CERTIFICATE OF SERVICE.(ky, ) (Entered: 05/18/2018) |
| 05/18/2018 | 19 | PLAINTIFF EDWARD T. KENNEDY'S MOTION TO ORDER DEFENDANTS TO CEASE AND DESIST COLLECTING FAKE DEBT, ETC.; MEMORANDUM OF LAW IN SUPPORT; CERTIFICATE OF SERVICE. (ky, ) (Entered: 05/18/2018) |
| 05/24/2018 | 20 | RESPONSE in Opposition re 17 MOTION for Summary Judgment, 19 MOTION for Order, 18 MOTION for Summary Judgment filed by COMMISSIONER. (Attachments: # 1 Memorandum, # 2 Responses and |

| | | |
|---|---|---|
| | | Objections to Plaintiff's Statement of Facts, # <u>3</u> Text of Proposed Order)(COPPLER, CATRIONA) (Entered: 05/24/2018) |
| 06/01/2018 | <u>21</u> | AFFIDAVIT of Service by U.S. MARSHAL re: served SUMMONS AND COMPLAINT upon CATRIONA COPPLER FOR DEFENDANT R.B. SIMMONS by CERTIFIED MAIL (jl, ) (Entered: 06/01/2018) |
| 06/04/2018 | <u>22</u> | PLAINTIFF'S EMERGENCY MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF LAW IN SUPPORT, CERTIFICATE OF SERVICE.(ky, ) (Entered: 06/04/2018) |
| 06/04/2018 | <u>23</u> | PLAINTIFF EDWARD T. KENNEDY'S NOTICE AND OBJECTIONS; CERTIFICATE OF SERVICE. (ky, ) (Entered: 06/04/2018) |
| 06/07/2018 | <u>24</u> | RESPONSE in Opposition re <u>22</u> MOTION for Summary Judgment filed by COMMISSIONER. (Attachments: # <u>1</u> Text of Proposed Order, # <u>2</u> Objections to Plaintiff's Statement of Facts)(COPPLER, CATRIONA) (Entered: 06/07/2018) |
| 06/18/2018 | <u>25</u> | OPINION. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 6/18/18. 6/18/18 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF, E-MAILED.(er, ) (Entered: 06/18/2018) |
| 06/18/2018 | <u>26</u> | ORDER THAT MOTION TO DISMISS, ECF NO. 5, IS GRANTED. PLAINTIFF'S COMPLAINT IS DISMISSED WITH PREJUDICE. THIS CASE IS CLOSED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 6/18/18. 6/18/18 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF, E-MAILED.(er, ) (Entered: 06/18/2018) |
| 06/18/2018 | <u>27</u> | NOTICE AND OBJECTIONS by EDWARD T. KENNEDY, Certificate of Service. (er, ) (Entered: 06/19/2018) |
| 06/18/2018 | <u>28</u> | NOTICE AND SECOND REQUEST TO THE COURT FOR ECF ACCESS by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 06/19/2018) |
| 06/18/2018 | <u>29</u> | MOTION TO ORDER DEFENDANTS TO STOP STEALING FROM PLAINTIFF AND RETURN TO PLAINTIFF ALL THEY HAVE STOLEN filed by EDWARD |

| | | |
|---|---|---|
| | | T. KENNEDY. MEMORANDUM, CERTIFICATE OF SERVICE.(er, ) (Entered: 06/19/2018) |
| 06/18/2018 | 30 | PLAINTIFF'S MOTION TO ORDER DEFENDANT'S ATTORNEY COPPLER TO DECLARE AND/OR SWEAR UNDER PENALTY OF PERJURY THAT HER PAPERWORK IS TRUE AND CORRECT NUNC PRO TUNC filed by EDWARD T. KENNEDY. MEMORANDUM, CERTIFICATE OF SERVICE.(er, ) (Entered: 06/19/2018) |
| 06/20/2018 | 31 | ORDER THAT PLAINTIFF'S MOTION TO ORDER DEFENDANTS TO STOP STEALING FROM PLAINTIFF, ECF NO. 29, AND PLAINTIFF'S MOTION TO ORDER ATTORNEY COPPLER TO DECLARE THAT HER PAPERWORK IS TRUE AND CORRECT, ECF NO. 30, ARE DENIED AS MOOT, IN LIGHT OF THIS COURT'S ORDER AND OPINION DATED JUNE 18, 2018, ECF NOS. 25 AND 26, DISMISSING PLAINTIFFS COMPLAINT WITH PREJUDICE. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 6/20/18.6/22/18 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF, E-MAILED.(er, ) (Entered: 06/22/2018) |
| 06/25/2018 | 32 | NOTICE AND OBJECTIONS TO ORDER by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 06/26/2018) |
| 06/25/2018 | 33 | NOTICE AND OBJECTIONS TO ORDER 2 by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 06/26/2018) |
| 07/02/2018 | 34 | ORDER THAT PLAINTIFF'S "NOTICES AND OBJECTIONS TO ORDER," ECF NOS. 32, 33, ARE DENIED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 7/2/18. 7/2/18 ENTERED AND COPIES MAILED TO PLAINTIFF, EMAILED.(er, ) (Entered: 07/02/2018) |
| 07/09/2018 | 35 | TAKE JUDICIAL COGNIZANCE by EDWARD T. KENNEDY (er, ) (Entered: 07/10/2018) |
| 07/13/2018 | 36 | OBJECTION TO ORDER by EDWARD T. KENNEDY, CERTIFICATE OF SERVICE. (er, ) (Entered: 07/13/2018) |
| 07/16/2018 | 37 | ORDER THAT PLAINTIFF'S REQUESTS AND |

| | | |
|---|---|---|
| | | OBJECTIONS ARE DENIED. PLAINTIFF IS REMINDED THAT THIS CASE IS CLOSED. SIGNED BY HONORABLE JOSEPH F. LEESON, JR ON 7/16/18. 7/16/18 ENTERED AND COPIES E-MAILED AND MAILED TO PRO SE'. (ky, ) (Entered: 07/16/2018) |
| 08/24/2018 | 38 | NOTICE OF APPEAL by EDWARD T. KENNEDY. Filing fee (IFP GRANTED) Copies to Judge, Clerk USCA, Appeals Clerk. (er, ) Modified on 8/24/2018 (er, ). Modified on 8/24/2018 (fb). (Entered: 08/24/2018) |
| 08/29/2018 | 39 | NOTICE of Docketing Record on Appeal from USCA re 38 Notice of Appeal filed by EDWARD T. KENNEDY. USCA Case Number 18-2892 (dmc, ) (Entered: 08/29/2018) |

| PACER Service Center | | | | |
|---|---|---|---|---|
| **Transaction Receipt** | | | | |
| 09/12/2018 10:58:33 | | | | |
| PACER Login: | edwardthomasfamilyofkennedy:5124851:0 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 5:18-cv-00257-JFL | |
| Billable Pages: | 3 | Cost: | 0.30 | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD T. KENNEDY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 5:18-cv-00257 |
| | : | |
| COMMISSIONER, *DEPARTMENT OF THE* | : | |
| *TREASURY INTERNAL REVENUE SERVICE*; | : | |
| JOHN DOE, *DEPARTMENT OF THE* | : | |
| *TREASURY INTERNAL REVENUE SERVICE* , | : | |
| | : | |
| Defendants. | : | |

## O P I N I O N

**United States' Motion to Dismiss, ECF No. 5 – Granted**

Joseph F. Leeson, Jr.                                                                June 18, 2018
United States District Judge

### I.    Introduction

Plaintiff Edward T. Kennedy alleges that the Commissioner of the Internal Revenue

Service ("IRS") and an IRS employee intentionally inflicted emotional distress upon him when

the IRS sent him a letter informing him that he owed $75,957.35 in unpaid federal taxes. The

United States of America, as the real party in interest and in place of the named Defendants,

moves to dismiss Kennedy's Complaint for lack of subject matter jurisdiction pursuant to

Federal Rule of Civil Procedure 12(b)(1), and for failure to state a claim pursuant to Rule

12(b)(6). Because this Court lacks jurisdiction over Kennedy's claims, the Motion is granted.

### II.    Background

Kennedy filed his Complaint against the "Commissioner, Department of Treasury,

Internal Revenue Service"; "John Doe," an unnamed employee of the IRS; Equifax, Inc.; and the

Chief Executive Officer of Equifax, Inc., Richard F. Smith. The Court subsequently dismissed Equifax and Smith as parties because the claims raised against them duplicated another lawsuit that Kennedy had previously filed. *See* Order, Jan. 31, 2018, ECF No. 2. Thus, the only remaining Defendants in this action are the IRS and the unnamed IRS employee. Kennedy subsequently identified the IRS employee as "R.B. Simmons." *See* Pl.'s Mem. Resp. Def.'s Mot. 1, ECF No. 10.

In his Complaint, Kennedy alleges that he has been the victim of identity theft, which occurred as the result of the data breach at Equifax, Inc., "and the IRS knows this." Compl. Attach. B, ECF No. 3. Further, he alleges that he received a letter from the IRS in which the IRS informed him that he owes $75,957.35 in federal taxes and "threatened unlawful[ly]" to take his Social Security benefits if he did not pay this amount. *Id.* Kennedy also states that he "did not amend a 2007 tax return" and that "[a] claim for a debt from 2007 is past the statute of limitations." *Id.* On the basis of these factual allegations, Kennedy asserts a claim of intentional infliction of emotional distress ("IIED"). *See* Compl. Attach. C, D.[1] He seeks money damages for his loss of reputation and seeks injunctive relief in the form of an order directing that "all

---

[1]    Kennedy elaborates somewhat on his IIED claim in his response to the United States' Motion, writing that "defendants knew [he] was harmed by Identity Theft, but continued to try to collect on a false and/or fake debt," that "falsified tax returns were filed from 2080 to 2017, and that the IRS conduct was "outrageous" in view of the loss of reputation that he suffered. *See* Pl.'s Mem. Resp. Def.'s Mot. 3-4.
    In the United States' Motion to Dismiss, it interprets Kennedy's Complaint as possibly attempting to bring a claim under 26 U.S.C. § 7433, which provides that a taxpayer may bring a civil action for damages against the United States if "any officer or employee of the Internal Revenue Service recklessly or intentionally, or by reason of negligence" disregards the provisions of the Internal Revenue Code in connection with the collection of federal taxes. In his response to the Motion, however, Kennedy asserts that § 7433 is "not relevant to this case." *See* Pl.'s Mot. Deny Def.'s Mot. Dismiss, ECF No. 9.

collections [ ] cease for 2007 [t]ax return" and that his account be credited for $75,957.35. *Id.* He

states that the jurisdictional basis for his lawsuit is "IRS-Tax." Compl. 2.

The United States, asserting that it is the real party in interest in this matter, moves to

dismiss Kennedy's Complaint on two grounds. First, under Federal Rule of Civil Procedure

12(b)(2), the United States contends that Kennedy has failed to establish this Court's jurisdiction

over this matter because he has failed to identify any statute that waives the United States'

sovereign immunity with respect to his claims in this lawsuit. Second, the United States contends

that, under Rule 12(b)(6), Kennedy's Complaint fails state a claim upon which relief may be

granted. In response to the United States' Motion, Kennedy has filed a brief as well as several

other documents, including four motions for summary judgment.[2]

## III.    Analysis

At the outset, the United States is correct that it is the real party in interest in this case.

*See Pilchesky v. United States*, No. CIV.A. 3:08-MC-0103, 2008 WL 2550766, at *3 (M.D. Pa.

June 23, 2008) ("A suit against IRS employees in their official capacity is essentially a suit

against the United States." (quoting *Gilbert v. DaGrossa*, 756 F.2d 1455, 1458 (9th Cir. 1985))).

The United States and its agencies are immune from suit unless they consent to waive immunity

and, without such consent, there is no subject matter jurisdiction. *See Ruddy v. United States*, No.

3:11-CV-1100, 2011 WL 5834953, at *3 (M.D. Pa. Nov. 21, 2011). As the United States

observes in its filings, it has waived immunity for certain types of claims by means of the Federal

Tort Claims Act, which "was designed primarily to remove the sovereign immunity of the

United States from suits in tort and, with certain specific exceptions, to render the Government

---

[2]    A number of Kennedy's filings include personal attacks against Government counsel in
this matter. "Personal attacks, however, are never appropriate in any court filing." *Lewis v. Delp
Family Powder Coatings, Inc.*, No. CIV.A 08-1365, 2010 WL 3672240, at *4 (W.D. Pa. Sept.
15, 2010).

liable in tort as a private individual would be under like circumstances." *See Sosa v. Alvarez-Machain*, 542 U.S. 692, 700 (2004) (quoting *Richards v. United States*, 369 U.S. 1, 6 (1962)). Indeed, the FTCA provides "the exclusive remedy for tort claims against the United States arising from negligent or wrongful acts of government employees acting within the scope of their employment." *Lichtman v. United States*, No. CIV.A. 07-10, 2007 WL 21 19221, at *4 (E.D. Pa. June 8, 2007). But the FTCA does not waive immunity for all torts. Rather, the statute contains several enumerated exceptions, one of which excludes from the FTCA's waiver "[a]ny claim arising in respect of the assessment or collection of any tax." 28 U.S.C. § 2680(c).

Kennedy's claim of intentional infliction of emotional distress plainly arises "in respect of the assessment or collection of [a] tax," as he contends he suffered emotional distress because he received a letter from the IRS informing him that he owed federal taxes. As a result, Kennedy may not bring his claim under the FTCA, this Court lacks jurisdiction over his claim, and the Complaint must be dismissed. *See Petrillo v. United States*, No. 3:15-CV-1894-GPC-NLS, 2017 WL 2413396, at *4 (S.D. Cal. May 31, 2017) (dismissing an IIED claim related to allegedly improper assessment and collection of taxes because "the plain language of the FTCA and its exceptions make clear that no taxpayer may sue the United States for a tort arising out of the assessment or collection of any tax"); *Gavigan v. Com'r. I.R.S.*, No. 3:06-CV-942PCD, 2007 WL 1238651, at *8 (D. Conn. Apr. 27, 2007) (same). The Court dismisses Kennedy's Complaint with prejudice, as "[a]mendment would be futile because the United States has not waived its sovereign immunity as to torts that arise from collection of tax dollars." *See Petrillo*, 2017 WL 2413396, at *4.[3]

---

[3]    As mentioned above, after the United States filed its Motion to Dismiss, Kennedy filed four motions for summary judgment, as well as a "Motion to Order Defendants to Cease and Desist Collecting Fake Debt." *See* ECF Nos. 11, 17, 18, 19, 22. These are denied as moot.

**IV.    Conclusion**

For the reasons set forth above, the United States' Motion to Dismiss is granted and

Kennedy's Complaint is dismissed with prejudice. A separate order follows.


                                        BY THE COURT:


                                        /s/ Joseph F. Leeson, Jr.
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EDWARD T. KENNEDY,                    :

            Plaintiff,           :

        v.                          :     No. 5:18-cv-00257

                                :

COMMISSIONER, *DEPARTMENT OF THE*     :
*TREASURY INTERNAL REVENUE SERVICE*;  :
JOHN DOE, *DEPARTMENT OF THE*         :
*TREASURY INTERNAL REVENUE SERVICE* , :

           Defendants.          :

## O R D E R

AND NOW, this 18th day of June, 2018, upon consideration of the United States' Motion

to Dismiss, ECF No. 5, and for the reasons set forth in the Opinion issued this date, it is

**ORDERED** that:

1. The Motion, ECF No. 5, is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED with prejudice**;

3. This case is **CLOSED**.

                                 BY THE COURT:

                                 */s/ Joseph F. Leeson, Jr.*
                                 JOSEPH F. LEESON, JR.
                                 United States District Judge