UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case Number: 18-2895. Case Name:
Edward Kennedy v Commissioner of Internal Revenue Service,
Appeal from US Tax Court Docket 11586-18

## OBJECTION

**TAKE JUDICIAL COGNIZANCE of the following:**

I, Edward Thomas Kennedy, hereinafter "Kennedy" or "Appellant" or "Plaintiff" am one of the people of Pennsylvania, in this court of record files hereby serves this Objection on this court of record that Kennedy Objects to the court granting the defendant's modern attorney, Kathleen E. Lyon, an extension of time to reply.

Date: October 30, 2018

Respectfully submitted,

/s/ Edward Thomas Kennedy

(seal)

———————————————

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

## PROOF OF SERVICE

I certify that I filed an original and three (3) copies of this Objection with the Clerk of this Court of record at 601 Market Street, Philadelphia, PA 19106 on 10/30/2018. I also certify that 10/30/2018 I mailed a copy of the same Objection via regular US mail and email to following party listed below:

Kathleen E. Lyon
US Department of Justice, Tax division, Appellate Section
Post Office Box 502
Washington DC 20044
Fax: 202-514-8456
Email: kathleen.e.lyons@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

/s/ Edward Thomas Kennedy (seal)
Edward Thomas Kennedy
Plaintiff / Appellant

Dated: 10/30/2018

401 Tillage Rd.
Breinigsville PA 18031.

U.S.M.S.
X-RAY

RECEIVED
NOV - 1 2018
U.S.C.A.

Clerk of Court
US Court of Appeals - 3rd Circuit
601 Market Street
Philadelphia PA, 19106.