# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2892

Edward T. Kennedy vs. Commissioner of Internal Revenue, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Commissioner of Internal Revenue

Indicate the party's role IN THIS COURT (check **only** one):

- [ ] Petitioner(s)
- [ ] Appellant(s)
- [ ] Intervenor (s)
- [ ] Respondent(s)
- [x] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name: Teresa E. McLaughlin (co-counsel)

Mr.  Ms.  Mrs.  Miss

Firm: U.S. Dept. of Justice, Tax Division, Appellate Section

Address: Post Office Box 502

City, State, Zip Code: Washington, D.C. 20044

Phone: (202) 514-4342    Fax: (202) 514-8456

Primary E-Mail Address (required): teresa.e.mclaughlin@usdoj.gov
Additional E-Mail Address (1): Appellate.TaxCivil@usdoj.gov
Additional E-Mail Address (2):
Additional E-Mail Address (3):

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Teresa E. McLaughlin

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 3/1/2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2018, I electronically filed the foregoing appearance form with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. I further certify that some participants in the case are not registered CM/ECF users. I have mailed the foregoing appearance by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participant:

Mr. Edward T. Kennedy
401 Tillage Road
Breinigsville, PA  18031

/s/ Teresa E. McLaughlin
TERESA E. McLAUGHLIN
*Attorney*