# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| **EDWARD T. KENNEDY,** | **)** |
| | **)** |
| **Plaintiff-Appellant** | **)** |
| **v.** | **)** |
| | **)** |
| **COMMISSIONER OF INTERNAL REVENUE,** | **)** |
| **DEPARTMENT OF THE TREASURY** | **)** |
| **INTERNAL REVENUE SERVICE AND JOHN** | **)  No. 18-2892** |
| **DOE, DEPARTMENT OF THE TREASURY** | **)** |
| **INTERNAL REVENUE SERVICE,** | **)** |
| | **)** |
| **Defendants-Appellees** | **)** |
| | **)** |
| **EQUIFAX INC. and RICHARD F. SMITH,** | **)** |
| **CEO, Equifax, Inc.,** | **)** |
| | **)** |
| **Defendants** | **)** |

## MOTION TO FILE SUPPLEMENTAL APPENDIX

The United States, as the real party in interest with respect to

defendants the Commissioner of Internal Revenue, Department of

Treasury Internal Revenue Service, and John Doe, respectfully moves

this Court to accept for filing the Supplemental Appendix submitted

separately with this motion.  In support of this motion, the Government

states as follows the following:

1.  Appellant Edward T. Kennedy, appearing *pro se*, filed an

informal opening brief on September 24, 2018.

17073032.1

2.  The appendix attached to appellant's opening brief does not contain all documents required under the Federal Rules of Appellate Procedure and this Court's local rules.  *See* Fed. R. Civ. P. 30(a)(1); 3d Cir. L.A.R. 30.3, 32.2(c).  For example, appellant did not include the notice of appeal or the document identified in the notice of appeal as being the subject of this appeal, *i.e.*, the District Court's order of July 16, 2018, denying appellant's second set of motions for reconsideration.

The supplemental appendix filed with this motion includes all documents that should have been, but were not, included in the appendix attached to appellant's opening brief.  Fed. R. Civ. P. 30(a)(1); 3d Cir. L.A.R. 30.3.  Pursuant to instructions from the Clerk's Office, the supplemental appendix does not duplicate any documents included in the appendix attached to the opening brief.

3.  The supplemental appendix filed with this motion also contains relevant excerpts of other pleadings cited in the Government's brief.  3d Cir. L.A.R. 30.3.

WHEREFORE, it is respectfully requested that this Court accept for filing the Supplemental Appendix submitted separately with this motion.

s/  Kathleen E. Lyon

_____

KATHLEEN E. LYON
Ohio Bar No. 0069517
Attorney
Appellate Section
Tax Division
Department of Justice
Post Office Box 502
Washington, D.C.  20044
Telephone:  (202) 307-6370
Counsel for the Appellee

*Of Counsel:*

WILLIAM M. McSWAIN
  *United States Attorney*

Dated:   November 6, 2018

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| **EDWARD T. KENNEDY,** | **)** |
| | **)** |
| **Plaintiff-Appellant** | **)** |
| **v.** | **)** |
| | **)** |
| **COMMISSIONER OF INTERNAL REVENUE,** | **)** |
| **DEPARTMENT OF THE TREASURY** | **)** |
| **INTERNAL REVENUE SERVICE AND JOHN** | **)  No. 18-2892** |
| **DOE, DEPARTMENT OF THE TREASURY** | **)** |
| **INTERNAL REVENUE SERVICE,** | **)** |
| | **)** |
| **Defendants-Appellees** | **)** |
| | **)** |
| **EQUIFAX INC. and RICHARD F. SMITH,** | **)** |
| **CEO, Equifax, Inc.,** | **)** |
| | **)** |
| **Defendants** | **)** |

## DECLARATION

Kathleen E. Lyon of the United States Department of Justice, Washington, D.C., states as follows:

1.    I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have been assigned responsibility for the above-entitled appeal.

2.    The facts recited in the foregoing motion are true to the best of my knowledge and belief.

17073032.1

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed this 6th day of November, 2018, in Washington, D.C.

/s/ Kathleen E. Lyon
KATHLEEN E. LYON
Attorney

17073032.1

**Certificate of Compliance With Type-Volume Limitation, Typeface, Type Style, and Virus Scanning Requirements**

Case No.  18-2892

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 27(a)(2)(B):

[X ] this document contains 372 words, or

[ ] this brief uses a monospaced typeface and contains <state the number of> lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

[X] this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14 point Century Schoolbook, or

[ ] this document has been prepared in a monospaced typeface using <state name and version of word processing program> with <state number of characters per inch and name of type style>.

3.  Pursuant to Third Circuit Rule 31.1(c) this document has been scanned for viruses using the System Center 2012 Endpoint Protection program (updated daily), which reports that the file is virus-free.


/s/ Kathleen E. Lyon____
Attorney for the Appellee
Dated:  November 6, 2018

# CERTIFICATE OF SERVICE

It is hereby certified that on November 6, 2018: (1) a PDF copy of this motion was electronically filed by CM/ECF; and (2) a copy of this motion was sent by First Class Mail to the appellant, appearing *pro se*, at the address below:

> Edward T. Kennedy
> 401 Tillage Road
> Breinigsville, PA 18031

> Kathleen E. Lyon
> KATHLEEN E. LYON
> *Attorney*

17073032.1