UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-2892**

Kennedy v. Commissioner

To:　Clerk

1)　Objection by Appellant to Appellee's Verbal Extension of Time to File Brief

---

　　No action will be taken on the foregoing response.  Pursuant to Fed. R. App. P. 27(b), "[t]imely opposition filed after the motion is granted in whole or in part does not constitute a request to reconsider, vacate or modify the disposition; a motion requesting that relief must be filed."  The Clerk's order of October 12, 2018 remains in effect.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:　　November 8, 2018
MB/cc:　　Edward T. Kennedy
　　　　　Kathleen E. Lyon, Esq.
　　　　　Teresa E. McLaughlin, Esq.