UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-2892**

Kennedy v. Commissioner

To:   Clerk

1)   Motion by Appellee for Leave to Supplement the Appendix

The foregoing motion is granted with filing as of November 6, 2018. It is noted that in the event Appellee is entitled to costs at the conclusion of the appeal, Appellee will not be able to recover costs for any documents included in the supplemental appendix which are duplicative of documents contained in Appellant's appendix.

For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: November 13, 2018
MCW/cc:   Edward T. Kennedy
          Catriona M. Coppler, Esq.
          Kathleen E. Lyon, Esq.
          Teresa E. McLaughlin, Esq.