UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Number: 18-2892.

Kennedy v Commissioner

## OBJECTION 1

I, Edward Thomas Kennedy, hereinafter "Kennedy" or "Appellant" or "Plaintiff" am one of the people of Pennsylvania in this court of record hereby Objects to Patricia S. Dodszuweit, Clerk of this court of record, granting a Motion by modern attorney Kathleen E. Lyons for the defendant Commissioner, et al. for Leave to Supplement the Appendix dated November 13, 2018, for it exceeds the clerk's authority in this court of record, injures Kennedy in loss of rights, and is probably trespass on the case.

Date: November 19, 2018

Respectfully submitted,
/s/ Edward Thomas Kennedy
(seal)

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Phone: 4152751244 (message)

## CERTIFICATE OF SERVICE

I certify that I filed an original and three (3) copies of the heretofore Objection 1 with the Clerk of this court of record at 601 Market Street, Room 21400, Philadelphia, PA 19106 on 11/19/2018 by US regular mail. I also certify that on 11/19/2018 I emailed a copy of the same Objection 1 to following modern attorney parties listed below:

Kathleen E. Lyon
US Department of Justice, Tax division, Appellate Section
Washington DC 20044
Email: kathleen.e.lyons@usdoj.gov

Teresa E. McLaughlin
US Department of Justice, Tax division, Appellate Section
Washington DC 20044
Email: teresa.e.mclaughlin@usdoj.gov

Catriona M. Coppler, Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
Email: catriona.m.coppler@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct under 28 U.S.C. §1746.

/s/ Edward Thomas Kennedy (seal)
Edward Thomas Kennedy
Plaintiff / Appellant

Dated: 11/19/2018

Clerk of Court
US Court Appeals – 3rd Circuit
601 Market St, Rm 21400
Philadelphia PA 19106