# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Number: 18-2892.

Kennedy v Commissioner

Motion to Compel Obama Administration Assigned Judges (if any) to Recuse for Cause

Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record moves for an order granting his Motion to Compel Obama Administration Assigned Judges (if any) to Recuse for Cause.

WHEREFORE, Plaintiff requests the Judges assigned to this case in this court of record grant Plaintiff's Motion for Recusal for Cause.

Date: November 19, 2018

Respectfully submitted,
/s/ Edward Thomas Kennedy
(seal)

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

1

## CERTIFICATE OF SERVICE

I certify that I filed an original and three (3) copies of the heretofore Motion and its related Memorandum with the Clerk of this court of record at 601 Market Street, Room 21400, Philadelphia, PA 19106 on 11/19/2018 by US regular mail.

I also certify that on 11/19/2018 I emailed a copy of the same Motion and its related Memorandum to following modern attorney parties listed below:

Kathleen E. Lyon
US Department of Justice, Tax division, Appellate Section
Washington DC 20044
Email: kathleen.e.lyons@usdoj.gov

Teresa E. McLaughlin
US Department of Justice, Tax division, Appellate Section
Washington DC 20044
Email: teresa.e.mclaughlin@usdoj.gov

Catriona M. Coppler, Tax Attorney, Tax Division
US Department of Justice
Post Office Box 227
Washington DC 20044
Email: catriona.m.coppler@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct under 28 U.S.C. §1746.

/s/ Edward Thomas Kennedy (seal)
Edward Thomas Kennedy
Plaintiff / Appellant

Dated: 11/19/2018



# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Number: 18-2892.

Kennedy v Commissioner

Memorandum in Support of Motion to Compel Obama Administration Assigned Judges (if any) to Recuse for Cause

1.　Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, in this court of record, wishes the Obama administration appointed Judges assigned to administrate this case in this court of record to recuse from the case for cause pursuant to 28 U.S.C. § 455(a). Pursuant to 28 U.S.C. § 455(a), recusal is mandatory in "any proceeding in which Judges impartiality might reasonably be questioned."[1]

2.　The Supreme Court of the United States said that "Recusal is required when, objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is too high to be constitutionally tolerable.'"[2]

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#, and see also Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017, link here: https://scholar.google.com/scholar_case?case=16357450812613744876&q=RIPPO+v.+BAKER,+&hl=en&as_sdt=6,39

[2] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;

3. Kennedy reasonably questions judicial impartiality of the judges in this case due to controversy concerning the birth and thus hearsay evidence under federal rules of evidence concerning the legitimacy status of the Presidency of Barack Obama, which directly impacts the legitimacy of Obama appointed Judges in this court.

4. Kennedy reasonably questions said all Judges' impartially, if an Obama appointee, and respectfully wishes all to recuse from this case due to the long term, ongoing "birther" controversy on the public record among Barack Obama, Michelle Obama, and Donald J. Trump, for it is probable Kennedy may be injured by the assigned Obama administration, appointed, Judges.

5. According to Politico, Michelle Obama recently said, 'I'd never forgive' Trump for promoting birther conspiracy.[3]

6. President Trump recently said, "I guess she wrote a book. She got paid a lot of money to write a book," the president said. "And they always insist that you come up with controversial — well, I'll give you a little controversy back. I'll never forgive him for what he

---

Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

[3] https://www.politico.com/story/2018/11/09/michelle-obama-trump-birther-978810

did to our United States military. By not funding it properly, it was depleted."

7. Donald J. Trump raised questions about President Barack Obama's citizenship, and Michelle Obama, the wife of Barack Obama, continues the controversy in public.[4]

8. In the past, Donald J. Trump supported the rumors that Obama wasn't born in America, saying he's a "little" skeptical of Obama's citizenship and that every so-called birther who shares the view shouldn't be so quickly dismissed as an "idiot." "Growing up no one knew him," Trump told ABC's "Good Morning America" during an interview aboard his private plane, Trump Force One. "The whole thing is very strange."[5]

9. Today, Donald J. Trump is now President of the United States, and Barack Obama is not President of the United States.

10. The power of the Executive Branch is vested in the President of the United States, who also acts as head of state and

---

[4] In Her New Book, Michelle Obama Denounces Trump's Sexism and His Promotion of the 'Birther' Conspiracy, By Alexandra Alter, Nov. 9, 2018, link here: https://www.nytimes.com/2018/11/09/books/michelle-obama-book-becoming.html
[5] https://www.politico.com/story/2011/03/donald-trump-birther-051473

Commander-in-Chief of the armed forces.

11. Kennedy respectfully notices this court of of record of General Orders No. 100 : The Lieber Code.[6]

12. Kennedy also notices the court and its Judges of the Laws of Armed Conflict when and where U.S. Senator Lindsey Graham questioned Brett Kavanaugh concerning concerning Military Law vs Criminal Law[7] for it is probable Obama appointed Judges may be violating Military law.

13. President President is responsible for implementing and enforcing the laws written by Congress, and this court has no authority or jurisdiction to make law. [8]

14. In March 2011, during an interview on Good Morning America, Donald Trump said that he was a "little" skeptical of Obama's citizenship, and that someone who shares this view should

---

[6] http://avalon.law.yale.edu/19th_century/lieber.asp

[7] link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s., Case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

[8] 13.    The Constitution lists only three qualifications for the Presidency — the President must be 35 years of age, be a natural born citizen, and must have lived in the United States for at least 14 years.

not be so quickly dismissed as an "idiot" (as Trump considers the term "birther" to be "derogatory". <u>Trump added, "Growing up no one knew him".</u> [9] (emphasis added)

16. President Trump appeared on television on The View and repeated several times that "I want him [Obama] to show his birth certificate." He speculated that "there [was] something on that birth certificate that [Obama] doesn't like".

16. Kennedy notices the court of an ongoing legitimacy, controversy which supports his motion for said judge to recuse, and similar to President Trump, Kennedy is also a "little" skeptical of Obama's citizenship.[10]

17. Summary: Recuse herein means said judges as unacceptable to be a judges in this case and is mandatory under U.S. law, and the Law of the Case. Pursuant to 28 U.S.C. § 455(a), recusal is mandatory in "any proceeding in which his impartiality might

---

[9] http://www.politico.com/news/stories/0311/51473.html, "him" meaning Obama.
[10] 16.  In an NBC TV interview broadcast on April 7, 2011, President Trump said he would not let go of the issue, because he was not satisfied that Obama had proved his citizenship.

reasonably be questioned." Kennedy reasonably questions said Judges' impartially, and respectfully wishes them to recuse from this case due to the current, long term, ongoing "birther" controversy on the public record public among Barack Obama, Michelle Obama, and President Donald J. Trump, for it is probable Kennedy may be injured by assigned Judges, Barack Obama administration appointees, in loss of rights.

Date: November 19, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*
seal

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Tel: 4152751244.

401 Tillage Rd.
Breinigsville PA
18031

Clerk of Court
US Court Appeals - 3rd circu
601 Market St. Rm 21400
Philadelphia, PA 19106

401 Tillage Rd.
Breinigsville PA
~~1802~~ 18031

2 of 2

Clerk of Court
US Court Appeals - 3rd circuit
601 Market St. Rm 21400
Philadelphia PA 19106