UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **18-2892**

Kennedy v. Commissioner

To:     Clerk

1) Objection by Appellant to the Clerk's Order of November 13, 2018

2) Motion by Appellant to Compel Obama Administration Assigned Judges (if any) to Recuse for Cause

---

The foregoing objection and motion are considered. No action will be taken on the objection by Appellant.  Pursuant to Fed. R. App. P. 27(b), "[t]imely opposition filed after the motion is granted in whole or in part does not constitute a request to reconsider, vacate or modify the disposition; a motion requesting that relief must be filed." Therefore, the Clerk's order of November 13, 2018 remains in effect.

The motion to compel Obama administration assigned judges to recuse for cause is referred to the merits panel.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated:  December 3, 2018
cc:
    Edward T. Kennedy
    Kathleen E. Lyon, Esq.
    Teresa E. McLaughlin, Esq.