OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 18, 2019

Edward T. Kennedy
Kathleen E. Lyon, Esq.
Teresa E. McLaughlin, Esq.

RE: Edward Kennedy v. Commissioner, et al
Case Number: 18-2892
District Court Case Number: 5-18-cv-00257

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Friday, February 01, 2019.** This means your presence will not be required.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932

MMW/PM

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **MCKEE, COWEN and ROTH, Circuit Judges**