<u>FRIDAY, FEBRUARY 01, 2019</u>

<u>Coram: MCKEE, COWEN and ROTH, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 18-2892</u>
Pursuant to 3rd Cir. LAR 34.1(a)

EDWARD T. KENNEDY,
        Appellant
v.
COMMISSIONER, Department
of the Treasury Internal Revenue
Service; et al.