<u>FRIDAY, FEBRUARY 01, 2019</u>

<u>Coram: CHAGARES, BIBAS and GREENBERG, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 18-3301</u>
Appellant`s Brief Only
Pursuant to 3rd Cir. LAR 34.1(a)

TYRONE K. WHITE,
    Appellant
v.
MS. NADEGE BARBE,
MD (RESIDENT)
OF JEFFERSON
HOSPITAL; et al.