# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 18-2892

Caption: Edward T. Kennedy v. Commissioner of Internal Revenue, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 8 | 55 | 0.07 | | | | $30.80 | |
| Reply Brief | | | | | | | | |
| Appendix | 5 | 63 | 0.07 | | | | $22.05 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $ 52.85 | $ |

Brief Produced by Reproduction: ☐    Brief Produced by Photocopy: ☒
 In House: ☒
 Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Kathleen E. Lyon,            do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Kathleen E. Lyon                     11/13/2019
Signature                                Date
Attorney for: Commissioner

**A certificate of service must accompany this form.**

# MEMORANDUM

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Answering Brief and Supplemental Appendix for the Commissioner, et al. | November 13, 2019 |

| From: | To: |
|---|---|
| Robert Bruffy<br>Executive Officer | Richard E. Zuckerman<br>Principal Deputy<br>Assistant Attorney<br>General |

    This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 7 cents per page. Consequently, I certify that the cost of duplicating 8 copies of the answering brief and 5 copies of the supplemental appendix for the Commissioner in *Edward T. Kennedy v. Commissioner of Internal Revenue, et al*, No. 18-2892, filed in the United States Court of Appeals for the Third Circuit is as follows:

| Answering Brief: | 444 sheets duplicated at $0.07 per copy = | $30.80 |
|---|---|---|
| Supplemental Appendix | 315 sheets duplicated at $0.07 per copy = | $22.05 |
| Total: | | $52.85 |

17585212.1

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | |
|---|---|
| EDWARD T. KENNEDY, | ) |
| | ) |
| Petitioner-Appellant, | ) |
| v. | ) |
| | ) No. 18-2892 |
| COMMISSIONER OF INTERNAL REVENUE, ET AL. | ) |
| | ) |
| Respondent-Appellee | ) |

DECLARATION

KATHLEEN E. LYON, counsel for the Commissioner, et al. states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to the prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action." Under 28 U.S.C.

17585212.1

-2-

§ 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

    2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have knowledge of the cost of duplicating the Commissioner's answering brief and supplemental appendix filed and served in the United States Court of Appeals for the Third Circuit in the above-entitled case. The total cost of duplicating said items was $52.85, as shown by the Tax Division's memorandum certifying in-house photocopying costs, dated November 13, 2019, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 13th day of November, 2019, at Washington D.C.

                                          /s/ Kathleen E. Lyon
                                           KATHLEEN E. LYON
                                           *Attorney for the appellees*

-3-

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing bill of costs with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system on the 13th day of November, 2019. I further certify that service of this bill of costs was made on the appellant, appearing *pro se*, by First Class Mail:

        Mr. Edward T. Kennedy
        401 Tillage Road
        Breinigsville, PA  18031


        /s/ Kathleen E. Lyon
          KATHLEEN E. LYON
            *Attorney*