UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 18-2892
_____

EDWARD T. KENNEDY,
　　　　　　Appellant

v.

COMMISSIONER, Department of the Treasury
Internal Revenue Service; JOHN DOE, Department
of the Treasury Internal Revenue Service; EQUIFAX,
INC.; RICHARD F. SMITH, CEO Equifax, Inc.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 5-18-cv-00257)
District Judge: Joseph F. Leeson, Jr.
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 1, 2019
Before: MCKEE, COWEN, and ROTH, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

　　This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 1, 2019. On consideration whereof, it is now hereby

　　ORDERED and ADJUDGED by this Court that the judgment of the District Court entered on July 16, 2018 be, and the same is, hereby affirmed.

　　All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Certified as a true copy and issued in lieu
Dated: November 4, 2019   of a formal mandate on ___12/27/19___

Teste: *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**