PATRICIA S. DODSZUWEIT

TELPHONE NO.
215-597-2995

CLERK

OFFICE OF THE CLERK



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

December 27, 2019

Ms. Kate Barkman
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Room 2609
Philadelphia, PA 19106

RE: Edward Kennedy v. Commissioner, et al
Case Number: 18-2892
District Court Case Number: 5-18-cv-00257

Dear Ms. Barkman:

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Marianne/dwb
Case Manager
267-299-4911

cc:    Edward Thomas Kennedy
       Kathleen E. Lyon, Esq.
       Teresa E. McLaughlin, Esq.